IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00024-FDW-DSC

| | |
|---|---|
| CARMEN MCCREIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTIAN RESEARCH INSTITUTE ) | |
| INC. et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Motion for Admission *Pro Hac Vice* and Affidavit [for John Sikes Gibbs III]" (document # 9) filed March 18, 2020. For the reasons set forth therein, the Motion will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: March 18, 2020

David S. Cayer
United States Magistrate Judge